JS-6

Robert Nida (Bar No. 196081)
Matthew J. Luce (Bar No. 167381)
**NIDA & ROMYN, P.C.**
**A Professional Law Corporation**
8383 Wilshire Boulevard, Suite 810
Beverly Hills, California 90211-2425
Telephone:  (310) 286-3400
Facsimile:  (310) 286-3404
rnida@nidaromyn.com
mluce@nidaromyn.com

Attorneys for Plaintiff, TUTOR PERINI BUILLDING CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUTOR PERINI BUILDING CORP., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST MERCURY INSURANCE COMPANY, a New Jersey corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-09329-CAS-GJSx<br><br>**ORDER ON THE STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Trial Date:  March 26, 2024<br>Courtroom:  8D |

The Court hereby grants the parties' Stipulation and dismisses this action with prejudice in its entirety, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: May 24, 2024          By: _____
                                 The Honorable Christina A. Snyder
                                 United States District Court Judge

Case No. 2:20-cv-09329

ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

16.16-49
Stip.Dismiss.docx